Illinois Casket Company, appellee, v. Coombs Funeral Home, Inc., trading as Coombs-McCready, appellant.   Gen. No. 36,723.

Opinion filed July 5, 1933.

Russell, Murphy & Quigley, for appellant; Walter W. Pearson and Edward Contorer, of counsel.   Harry S. Greenstein, for appellee; Harry F. Brewer, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Belle Shapiro, appellee, v. Superior Loan and Mortgage Company et al., appellants.   Gen. No. 36,686.

Opinion filed July 5, 1933.

Albert A. Gomberg and Lowenhaupt & Wolff, for appellants.   Arthur Goldblatt and H. Burton Schatz, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Louis D. Glanz, appellant, v. Meyer W. Goldstein et al., appellees.   Gen. No. 36,931.

Opinion filed July 5, 1933.

Bernhard Stenge and Alex Markels, for appellant.   No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

N. P. Severin and A. N. Severin, trading as N. P. Severin Company, appellants, v. American Heating and Plumbing Corporation, appellee. Gen. No. 36,556.

Opinion filed July 5, 1933.

J. E. Yaffe, for appellants.   Marvin A. Jersild and Harold E. Christensen, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

The Cleveland Universal Jig Company, appellee, v. Daco Manufacturing Company, appellant.   Gen. No. 36,698.

Opinion filed July 5, 1933.

Anderson & Roberson, for appellant.   Meyer Shapiro, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.